UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 5:26-cv-06948-SSC Date: November 20, 2026

Title Adolfo Perez Gonzalez v. Warden of Adelanto ICE Processing Center, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why Petition Should Not Be Dismissed for Abuse of the Writ**

On November 18, 2026, Petitioner Adolfo Perez Gonzalez filed a petition for writ of habeas corpus by person in federal custody pursuant to 28 U.S.C. § 2241. (ECF 1.) It appears that the petition raises one or more claims that were or could have been raised in a prior petition in Case No. 26-CV-6687-SSC.

"The doctrine of abuse of the writ generally 'forbids the reconsideration of claims that were or could have been raised in a prior habeas petition.'" *See Alaimalo v. United States*, 645 F.3d 1042, 1049 (9th Cir. 2011) (quoting *Calderon v. U.S. Dist. Ct. (Kelly)*, 163 F.3d 530, 538 (9th Cir. 1998)). Under this doctrine, "a successive petition that raises identical grounds for relief as a prior petition must be dismissed unless the petitioner can show (1) cause for bringing a successive

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-06948-SSC Date: November 20, 2026

Title Adolfo Perez Gonzalez v. Warden of Adelanto ICE Processing Center, et al.

petition and that prejudice would result or (2) that a fundamental miscarriage of justice would result from failure to entertain the claim." *Id.* While Respondents generally bear the burden of pleading abuse of the writ, a district court may raise abuse of the writ *sua sponte* if it provides Petitioner with an opportunity to respond. *Barapind v. Reno*, 225 F.3d 1100, 1111 n.6 (9th Cir. 2000) (citing *Williams v. Whitley*, 994 F.2d 226, 231–32 (5th Cir. 1993)); *see also Alaimalo*, 645 F.3d at 1065 (Korman, J., dissenting)).

Accordingly, Petitioner is ORDERED TO SHOW CAUSE, in writing, by **November 26, 2026**, why this action should not be dismissed for abuse of the writ. In the event that Petitioner wishes to voluntarily dismiss this action, Petitioner may complete and return the enclosed Notice of Dismissal form, CV-09, by **November 26, 2026**.

**Petitioner is cautioned that failure to file timely a response to this order to show cause will result in a dismissal of this case for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 5:26-cv-06948-SSC Date: November 20, 2026

Title Adolfo Perez Gonzalez v. Warden of Adelanto ICE Processing Center, et al.

**ts**
Initials of Preparer